DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JD RESTORATION INC,**
Appellant,

v.

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D17-2415

[May 16, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502016CA011733XXXXMB.

Gray Proctor of Fox & Loquasto, P.A., Richmond, Virginia, and Mordechai L. Breier of Consumer Law Office, P.A., North Miami Beach, for appellant.

Sara M. Sandler and John P. Joy of Walton Lantaff Schroder & Carson, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Quiroga v. Citizens Prop. Ins. Corp.*, 34 So. 3d 101 (Fla. 3d DCA 2010).

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*